**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6646**

_____

UNITED STATES OF AMERICA,

                  Plaintiff - Appellee,

      v.

RANDY SCOTT RADER,

                  Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. James P. Jones, District Judge. (1:04-cr-00071-JPJ-1)

_____

Submitted: June 18, 2015          Decided: June 23, 2015

_____

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Randy Scott Rader, Appellant Pro Se. Zachary T. Lee, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Scott Rader appeals the district court's order denying his motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Rader, No. 1:04-cr-00071-JPJ-1 (W.D. Va. filed Feb. 23, 2015, entered Feb. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED